IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MACARTON N. PIERRE,** | ) |
|       **Plaintiff,** | ) |
| | ) Case No. 1:23-cv-269 |
|       v. | ) |
| **NURSE GARCIA,** | ) |
|       **Defendant.** | ) |

## MEMORANDUM ORDER

Plaintiff Macarton N. Pierre, a former inmate at the State Correctional Institution at Albion ("SCI Albion"), initiated this *pro se* Section 1983 lawsuit[1] against Defendant "Nurse Garcia," claiming that the Defendant violated his Eighth Amendment rights by displaying deliberate indifference to his serious medical needs. Pending before the Court is Defendant's motion for summary judgment, ECF No. 42, which is fully briefed and now ripe for adjudication.

The matter has been referred to United States Magistrate Judge Kezia O.L. Taylor for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and the Local Rules for Magistrate Judges. On January 30, 2026, Judge Taylor issued a Report and Recommendation ("R&R") in which she opined that Defendant's motion should be granted, due to Plaintiff's failure to exhaust his available administrative remedies. Objections to the R&R were due to be filed on or before February 17, 2026. To date, no objections have been filed.

Now, after *de novo* review of the documents in the case, including the Defendant's motion for summary judgment, all filings related thereto, and the Magistrate Judge's R&R,

---

[1] *See* 42 U.S.C. §1983.

IT IS ORDERED, this 25th day of February 2026, that the Defendant's motion for summary judgment, ECF No. [42], is GRANTED based on Plaintiff's failure to exhaust his available administrative remedies. Accordingly, an Order of Judgment shall be entered in favor of Defendant "Nurse Garcia" and against Plaintiff Macarton N. Pierre pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that the Report and Recommendation issued by U.S. Magistrate Judge Taylor on January 30, 2026, ECF No. [53], is adopted as the opinion of this Court.

There being no additional claims pending before the Court in this matter, the Clerk is directed to mark the within civil action "CLOSED."

*Susan Paradise Baxter*

SUSAN PARADISE BAXTER
United States District Judge